IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACKI PETERSON, *et al.*,         :

    Plaintiff,         :         Case No. 3:13cv00187

vs.                               :         District Judge Walter Herbert Rice
                                        Chief Magistrate Judge Sharon L. Ovington

NORTHEASTERN LOCAL SCHOOL    :
DISTRICT, *et al.*,

                                        :
    Defendants.
                                        :

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on September 30, 2013 (Doc. #17) is ADOPTED in full;

2.    Defendants' Motion to Strike Exhibits C and D to Plaintiffs' Complaint and All Related Allegations (Doc. #6) is DENIED as moot; and

3.    Defendants' Motion for Judgment on the Pleadings (Doc. #9) is DENIED without prejudice to renewal.

                                                                      */s/ Walter H. Rice*
                                                                   Walter Herbert Rice
                                                                   United States District Judge